AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

FOX VALLEY & VICINITY LABORERS'
HEALTH AND WELFARE FUND, et al.

CASE NUMBER: 15 C 11429

V.

ASSIGNED JUDGE: JORGE L. ALONSO

PLAINFIELD CONCRETE, INC., an Illinois
corporation

DESIGNATED
MAGISTRATE JUDGE: SHEILA M. FINNEGAN

TO: (Name and address of Defendant)

Plainfield Concrete, Inc.
c/o Gregory T. Ross, Registered Agent
1426 E. Hintz Road
Arlington Heights, IL   60004

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Cecilia M. Scanlon
Baum Sigman Auerbach & Neuman, Ltd.
200 W. Adams Street, Suite 2200
Chicago, IL   60606-5231
(312) 216-2577

an answer to the complaint which is herewith served upon you, _____Twenty-one (21)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(signature)

(By) DEPUTY CLERK



December 18, 2015

DATE

**Affidavit of Registered Employee**

## UNITED STATES DISTRICT COURT FOR NORTHERN DISTRICT OF ILLINOIS
Case Number **15C11429**

Fox Valley & Vicinity Laborers' Health and
Welfare Fund, et al.
v.

Plainfield Concrete, Inc.

I, **Michael Wiehe**

deposes and says that he/she is either a licensed and/or registered employee of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of Chapter 735, Code of Civil Procedure, Section 5/2-202, Illinois Compiled Statutes, to serve process in the above cause.

## CORPORATE SERVICE

| | |
|---|---|
| THAT I SERVED THE WITHIN | **SUMMONS AND COMPLAINT** |
| ON THE WITHIN NAMED DEFENDANT | **Plainfield Concrete, Inc.** |
| PERSON SERVED | **Gregory Ross, Registered Agent** |
| BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT | **1/6/2016** |

Glasses

That the sex, race, and approximate age of the person whom I left the document(s) are as follows:

| | | | | | |
|---|---|---|---|---|---|
| **Sex** | MALE | **Race** | WHITE | **Age** | 60's |
| **Height** | 5'9" | **Build** | MEDIUM | **Hair** | BROWN |

LOCATION OF SERVICE **1426 E Hintz Rd**
**Arlington Heights, Illinois 60004**

| | |
|---|---|
| Service GPS | -87.96502 42.12489 |
| Date Of Service | 1/6/2016 |
| Time | 9:45 AM |

Michael Wiehe — 1/6/2016
**Registered Employee** — Agency #117-000192

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

Michael Wiehe — 1/6/2016



*3995A*

Law Firm ID: — Firm # — Case Return Date: **01/08/2016**