IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FOX VALLEY & VICINITY LABORERS' HEALTH AND WELFARE FUND, *et al*., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| v. | ) ) | NO. 15 C 11429 |
| PLAINFIELD CONCRETE, INC., an Illinois corporation, | ) ) ) | JUDGE JORGE J. ALONSO |
| Defendant. | ) ) | |

## **MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, PLAINFIELD CONCRETE, INC., an Illinois corporation, in the total amount of $33,923.10, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $3,235.25.

On January 6, 2016, the Summons and Complaint was served on the Registered Agent by tendering a copy of said documents to him personally at his place of business. Therefore, Defendant's answer was due on January 27, 2016.

On March 17, 2016, Plaintiffs' First Amended Complaint was served on the Registered Agent, c/o Angela Zxuh, at the Registered Office of record. Therefore, Defendant's answer to the First Amended Complaint was due on March 31, 2016. As Defendant has failed to timely answer the First Amended Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/ Catherine M. Chapman

<u>**CERTIFICATE OF SERVICE**</u>

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this <u>29th</u> day of <u>June 2016</u>:

       Mr. Gregory T. Ross, Registered Agent
       Plainfield Concrete, Inc.
       1426 E. Hintz Road
       Arlington Heights, IL   60004

       Mr. Daniel Saxen, President
       Plainfield Concrete, Inc.
       15240 Ingersoll Street
       Plainfield, IL   60544

       /s/   Catherine M. Chapman

Catherine M. Chapman
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6204026
Telephone: (312) 216-2565
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\FVLJ\Plainfield Concrete\motion for default and judgment.cmc.df.wpd