IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FOX VALLEY & VICINITY LABORERS' HEALTH AND WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| v. | ) ) | NO. 15 C 11429 |
| PLAINFIELD CONCRETE, INC., an Illinois corporation, | ) ) ) ) | JUDGE JORGE J. ALONSO |
| Defendant. | ) | |

## **MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on July 6, 2016, request this Court enter judgment against Defendant, PLAINFIELD CONCRETE, INC., an Illinois. In support of that Motion, Plaintiffs state:

1. On July 6, 2016, this Court entered default against Defendant. The Court also ordered Plaintiffs' to file its motion for entry of judgment to be heard on August 9, 2016 to allow Defendant time to settle the instant litigation.

2. On July 6, 2016, Plaintiffs' counsel wrote to Defendant and advised Defendant that if it wished to resolve the instant litigation, to contact Plaintiffs' counsel prior to August 2, 2016.

3. As of the date of filing the instant motion, Defendant has not contacted Plaintiffs' counsel to resolve the instant litigation.

4. Defendant has made available to the Plaintiffs its payroll books and records for the purpose of taking an account as to all employees of the Defendant performing work covered by the

collective bargaining agreement to determine amounts due to Plaintiffs. Plaintiffs, by the accounting firm of Calibre CPA Group, PLLC, caused an audit to be made to cover the period October 1, 2014 through March 31, 2016.

5. Upon such audit, it is determined that Defendant owes Plaintiffs $26,816.40 for contributions, $2,681.64 for liquidated damages and $3,680.06 for interest, for a total of $33,178.10 (Shales Aff. Para. 5, 7 and 8).

6. Plaintiffs' auditing firm of Calibre CPA Group, PLLC charged Plaintiffs $745.00 to perform the audit examination and complete the report (Shales Aff. Para. 6).

7. On August 3, 2016, Daniel Saxen, as President of Defendant, Plainfield Concrete, Inc., an Illinois corporation, and Daniel Saxen, individually, entered into a Promissory Note for the repayment of $33,731.71, which included contributions liquidated damages, interest, and audit fees due pursuant to the terms of the audit performed for the period October 1, 2014 through March 31, 2016. The amount of $33,731.71 was to be paid in seven (7) monthly installments beginning on July 31, 2016. In addition, Plainfield Concrete, Inc. was to submit its regular monthly fringe benefit contribution reports and the contributions due thereon during the repayment time period.

8. On August 10, 2016, Plaintiffs' counsel received the first installment of $8,432.93 due from Defendant, Plainfield Concrete, Inc., and Daniel Saxen.

9. On August 16, 2016, Plaintiffs' counsel appeared before this Court pursuant to its motion for entry of judgment, which was filed with the Court on August 2, 2016. The motion was entered and continued to September 1, 2016. Defendant failed to submit its monthly fringe benefit contribution reports for April 2016 forward, including the June 2016 report and the contributions due thereon due pursuant to the terms of the Promissory Note. Accordingly, Plaintiffs' counsel was

directed to file a motion for an order directing Defendant to turn over its monthly fringe benefit contribution reports for the time period April 2016 through July 2016. Plaintiffs' counsel filed the motion on August 25, 2016, which was set for hearing on September 1, 2016.

10. Plaintiffs' counsel appeared before this Court on September 1, 2016 for a status hearing and its motion for entry of judgment. The motion was withdrawn and the Court granted Plaintiffs' motion for an order directing Defendant to turn over its monthly fringe benefit contribution reports.

11. On September 2, 2016, Plaintiffs' counsel was notified by the Plaintiff Funds that Defendant submitted its monthly fringe benefit contribution reports for April 2016 through July 2016. The Defendant paid all contributions due thereon. However, the contributions due for April 2016 through June 2016 were untimely remitted and accordingly Plaintiff Funds assessed liquidated damages for those months in the amount of $973.15. (Shales Aff. ¶11).

12. As of the date of filing the instant motion, Defendant, Plainfield Concrete, Inc., and Daniel Saxen, individually, have failed to remit the second installment of $4,296.76 due pursuant to the terms of the Promissory Note on August 31, 2016. Accordingly, there remains $25,298.78 due and owing on the Promissory Note. (Shales Aff. ¶12).

13. Plaintiffs' firm has expended $570.00 for costs and the amount of $5,678.25 in attorneys' fees in this matter. (See Affidavit of Catherine M. Chapman).

14. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $32,520.18.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $32,520.18.

/s/   Catherine M. Chapman

Catherine M. Chapman
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6204026
Telephone: (312) 216-2565
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\FVLJ\Plainfield Concrete\motion for entry of judgment (2).cmc.df.wpd

# CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 14th day of September 2016:

        Mr. Gregory T. Ross, Registered Agent
        Plainfield Concrete, Inc.
        1426 E. Hintz Road
        Arlington Heights, IL   60004

        Mr. Daniel Saxen, President
        Plainfield Concrete, Inc.
        15240 Ingersoll Street
        Plainfield, IL   60544

        /s/   Catherine M. Chapman

Catherine M. Chapman
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6204026
Telephone: (312) 216-2565
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\FVLJ\Plainfield Concrete\motion for entry of judgment (2).cmc.df.wpd